**\*E-FILED 06-13-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST dba MIJAC MUSIC; ABKCO MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; SONGS OF UNIVERSAL, INC.; ESCATAWPA SONGS,<br><br>      Plaintiffs,<br>  v.<br><br>DAN'S LLC dba DAN'S BAR aka DAN'S IRISH SPORTS BAR; WEN CHING TANG; JIM PEIR JYE TANG; and HUANN CHING TANG,<br><br>      Defendants. | No. C10-03916 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that the parties have reached a tentative settlement. Accordingly, all motion hearings are vacated.

**On or before August 5, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **August 23, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than August 16, 2011**. The joint statement shall state (1) the

status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated:    June 13, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-03916-HRL Notice has been electronically mailed to:

2  Brent F. Basilico    bbasilico@sellarlaw.com, cquinn@sellarlaw.com

3  Corey Field    fieldc@ballardspahr.com

4  Penny Marie Costa    costap@ballardspahr.com, kwonl@ballardspahr.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.