Christian P. Lucia (SBN - 203567)
James J. Ficenec (SBN - 152172)
Brent F. Basilico (SBN - 197159)
SELLAR HAZARD MANNING FICENEC & LUCIA
A Professional Law Corporation
1800 Sutter Street, Suite 460
Concord, CA  94520
Telephone:     (925) 938-1430
Facsimile:      (925) 256-7508
Email:          clucia@sellarlaw.com; jficenec@sellarlaw.com; bbasilico@sellarlaw.com

*E-FILED 09-12-2011*

Attorneys for: Defendants Dan's Irish Sports Bar, Jim Tang, Wen Tang, and Huann Tang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; ABKCO MUSIC, INC.; UNIVERSAL–SONGS OF POLYGRAM INTERNATIONAL, INC.; SONGS OF POLYGRAM UNIVERSAL, INC.; ESCATAWPA SONGS,<br><br>Plaintiffs,<br><br>v.<br><br>DAN'S LLC d/b/a DAN'S BAR a/k/a DAN'S IRISH SPORTS BAR; WEN CHING TANG, JIM PEIR JYE TANG and HUANN CHING TANG, each individually,<br><br>Defendants, | Case No.: CV10-3916 HRL<br><br>[Assigned for all purposes to Magistrate Judge Howard R. Lloyd]<br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT ORDER TO SHOW CAUSE HEARING**<br><br>Date: September 13, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 2, 5th Floor<br><br>**[Re:  Docket No. 53]** |

WHEREAS, this Court has set an Order to Show Cause hearing for September 13, 2011 at 10:00 a.m.

WHEREAS, Defendants Dan's Irish Sports Bar, Jim Tang, Wen Tang, and Huann Tang's (collectively "Defendants") counsel requests authorization to appear telephonically at the Order to Show Cause hearing scheduled for September 13, 2011 at 10:00 a.m.; and

- 1 -

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
89994                                                                                                                       Case No. CV10-3916 HRL

WHEREAS, Local Rule 16-10(a) provides that the parties may request to appear telephonically at said Order to Show Cause hearing;

THEREFORE, IT IS REQUESTED that Defendants' counsel Brent F. Basilico may appear at the Order to Show Cause hearing on September 13, 2011 at 10:00 a.m. by telephone. Mr. Basilico will be standing by at (925) 771-2565.

DATED: September 8, 2011                Respectfully Submitted,

SELLAR HAZARD MANNING FICENEC & LUCIA

/s/ Brent F. Basilico
CHRISTIAN P. LUCIA (SBN 203567)
BRENT F. BASILICO (SBN 197159)
1800 Sutter Street, Suite 460
Concord, CA 94520
Telephone: (925) 771-2565
Facsimile: (925) 256-7508
Attorney for Defendants Dan's Irish Sports Bar, Jim Tang, Wen Tang, and Huann Tang

**Defendants' request for telephonic appearance is granted. Counsel shall initiate the call to the court via CourtCall, 866-582-6878.**

SO ORDERED.

Dated: September 12, 2011

**Howard R. Lloyd**
**United States Magistrate Judge**

- 2 -

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
89994                                                                                                Case No. CV10-3916 HRL