1  Christian P. Lucia (SBN - 203567)                    **E-FILED 09-12-2011***
   James J. Ficenec (SBN - 152172)
2  Brent F. Basilico (SBN - 197159)
   SELLAR HAZARD MANNING FICENEC & LUCIA
3  A Professional Law Corporation
   1800 Sutter Street, Suite 460
4  Concord, CA  94520
   Telephone:   (925) 938-1430
5  Facsimile:    (925) 256-7508
   Email:        clucia@sellarlaw.com; jficenec@sellarlaw.com; bbasilico@sellarlaw.com
6
7  Attorneys for: Defendants Dan's Irish Sports Bar, Jim Tang, Wen Tang, and Huann Tang

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| 11  BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; ABKCO MUSIC, INC.; UNIVERSAL–SONGS OF POLYGRAM INTERNATIONAL, INC.; SONGS OF POLYGRAM UNIVERSAL, INC.; ESCATAWPA SONGS, | Case No.: CV10-3916 HRL |
| | [Assigned for all purposes to Magistrate Judge Howard R. Lloyd] |
| Plaintiffs, | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT ORDER TO SHOW CAUSE HEARING** |
| v. | Date:  September 13, 2011 |
| DAN'S LLC d/b/a DAN'S BAR a/k/a DAN'S IRISH SPORTS BAR; WEN CHING TANG, JIM PEIR JYE TANG and HUANN CHING TANG, each individually, | Time:  10:00 a.m. Place:  Courtroom 2, 5th Floor |
| | **[Re:  Docket No. 53]** |
| Defendants, | |

        WHEREAS, this Court has set an Order to Show Cause hearing for September 13, 2011 at

10:00 a.m.

        WHEREAS, Defendants Dan's Irish Sports Bar, Jim Tang, Wen Tang, and Huann Tang's

(collectively 'Defendants') counsel requests authorization to appear telephonically at the Order to Show

Cause hearing scheduled for September 13, 2011 at 10:00 a.m.; and

- 1 -

1    WHEREAS, Local Rule 16-10(a) provides that the parties may request to appear telephonically

2    at said Order to Show Cause hearing;

3    THEREFORE, IT IS REQUESTED that Defendants' counsel Brent F. Basilico may appear at

4    the Order to Show Cause hearing on September 13, 2011 at 10:00 a.m. by telephone.  Mr. Basilico will

5    be standing by at (925) 771-2565.

6    DATED: September 8, 2011                     Respectfully Submitted,

7                                                 SELLAR HAZARD MANNING FICENEC & LUCIA

8

9                                                     /s/ Brent F. Basilico
                                                 CHRISTIAN P. LUCIA (SBN 203567)
10                                               BRENT F. BASILICO (SBN 197159)
                                                 1800 Sutter Street, Suite 460
11                                               Concord, CA 94520
                                                 Telephone: (925) 771-2565
12                                               Facsimile: (925) 256-7508
                                                 Attorney for Defendants Dan's Irish Sports Bar, Jim
13                                               Tang, Wen Tang, and Huann Tang

14

15    **Defendants' request for telephonic appearance is granted.  Counsel shall initiate the**

16    **call to the court via CourtCall, 866-582-6878.**

17        **SO ORDERED.**

18    **Dated:   September 12, 2011**

19

20                                               **Howard R. Lloyd**
                                            **United States Magistrate Judge**
21

22

23

24

25

26

27

28
                                          - 2 -