*E-FILED 09-13-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST dba MIJAC MUSIC; ABKCO MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; SONGS OF UNIVERSAL, INC.; ESCATAWPA SONGS,<br><br>    Plaintiffs,<br>  v.<br><br>DAN'S LLC dba DAN'S BAR aka DAN'S IRISH SPORTS BAR; WEN CHING TANG; JIM PEIR JYE TANG; and HUANN CHING TANG,<br><br>    Defendants.<br>_____/ | No. C10-03916 HRL<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE RE SETTLEMENT; AND (2) SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties appeared for a show cause hearing on September 13, 2011. Based on the discussion held at the hearing, the court orders as follows:

1. The Order to Show Cause re Settlement is discharged.

2. A case management conference is set for **October 18, 2011, 1:30 p.m.** in Courtroom 2. The parties' Joint Case Management Statement shall be filed no later than **October 11, 2011**. All other deadlines set in the court's Order Setting Initial Case Management

1  Conference and ADR Deadlines (Docket No. 4) are adjusted accordingly.

2  SO ORDERED.

3  Dated: September 13, 2011

4  HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-03916-HRL Notice has been electronically mailed to:

2  Brent F. Basilico    bbasilico@sellarlaw.com, cquinn@sellarlaw.com

3  Corey Field    fieldc@ballardspahr.com

4  Penny Marie Costa    costap@ballardspahr.com, kwonl@ballardspahr.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.