1

2                                                                   **\*E-FILED 09-13-2011\***

3

4

5

6

7                                               NOT FOR CITATION

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                              SAN JOSE DIVISION

11

12   BROADCAST MUSIC, INC.; MJ                          No. C10-03916 HRL
     PUBLISHING TRUST dba MIJAC MUSIC;
13   ABKCO MUSIC, INC.; UNIVERSAL-SONGS
     OF POLYGRAM INTERNATIONAL, INC.;                   **ORDER (1) DISCHARGING ORDER TO**
14   SONGS OF UNIVERSAL, INC.;                          **SHOW CAUSE RE SETTLEMENT; AND**
     ESCATAWPA SONGS,                                   **(2) SETTING INITIAL CASE**
15                                                      **MANAGEMENT CONFERENCE**
                        Plaintiffs,
16
        v.
17
     DAN'S LLC dba DAN'S BAR aka DAN'S
18   IRISH SPORTS BAR; WEN CHING TANG;
     JIM PEIR JYE TANG; and HUANN CHING
     TANG,
19
                        Defendants.
20   _____/

21          The parties appeared for a show cause hearing on September 13, 2011.  Based on the

22   discussion held at the hearing, the court orders as follows:

23          1.      The Order to Show Cause re Settlement is discharged.

24          2.      A case management conference is set for **October 18, 2011, 1:30 p.m.** in

25   Courtroom 2.  The parties' Joint Case Management Statement shall be filed no later than

26   **October 11, 2011**.  All other deadlines set in the court's Order Setting Initial Case Management

27

28

*United States District Court*
For the Northern District of California

Conference and ADR Deadlines (Docket No. 4) are adjusted accordingly.

     SO ORDERED.

Dated: September 13, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

1   5:10-cv-03916-HRL Notice has been electronically mailed to:

2   Brent F. Basilico    bbasilico@sellarlaw.com, cquinn@sellarlaw.com

3   Corey Field    fieldc@ballardspahr.com

4   Penny Marie Costa    costap@ballardspahr.com, kwonl@ballardspahr.com

5   Counsel are responsible for distributing copies of this document to co-counsel who have
    not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California